UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ANDREW J. FRESON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:19-cv-00075-MPB-RLY |
| | ) |
| CENTERPOINT ENERGY INC., et al. | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

On July 20, 2020, this court granted Defendants' motion to dismiss Plaintiff's complaint. (Docket No. 41). Plaintiff was provided until August 3, 2020, to file an amended complaint and instructed that if no amended complaint was filed, the court would enter a judgment of dismissal with prejudice. (*Id.*). On August 3, 2020, instead of filing an amended complaint, Plaintiff filed a *First Motion to Amend/Correct* the court's July 20, 2020, Order. On December 8, 2020, the court denied that motion. Thus, Plaintiff's deadline to amend has expired without filing. For the reasons stated in this court's July 20, 2020 Order, final judgment is hereby entered in favor of Defendants and against Plaintiff.

**SO ORDERED** this 8th day of December, 2020.

Roger A.G. Sharpe, Clerk

BY: _Tricia M. Blanford_
Deputy Clerk, U.S. District Court

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.

1